UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Sam Ferry, et. al., )
)
)
)
v. ) Case No.   4:14-CV-02055
)
)
Diane Critchlow, et. al,. )
)

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:

**Option 1**

☐   The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: ____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

**Option 2**

☒   An ADR conference was held on: **November 23, 2015**

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference in good faith, and each possessed the requisite settlement authority;

The ADR referral was concluded on November 23, 2015.
The parties did achieve a settlement.

**Option 3**

☐   Although this case was referred to ADR, a conference WAS NOT HELD.

Date 11/24/2015
Neutral: Mitchell A. Margo